UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charlie L. Carlisle, III,

    Plaintiff,

              v.                            Case No.  1:16cv259

William Bauer, *et al.*,                         Judge Michael R. Barrett

    Defendants.

## **ORDER**

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 16, 2016 (Doc. 7).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 7) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's claim against Defendant Clagg in the Amended Complaint (Doc. 5) is **DISMISSED** for failure to state a claim upon which relief may be granted.

    **IT IS SO ORDERED.**

                                                    */s/ Michael R. Barrett*
                                                    Michael R. Barrett
                                                    United States District Judge