UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLIE L. CARLISLE, III,
Plaintiff,

Case No. 1:16-cv-259
Barrett, J.
Litkovitz, M.J.

vs.

WILLIAM BAUER, et al.,
Defendants.

**ORDER**

This matter is before the Court on defendants' motion to stay the proceedings. (Doc. 18). Defendants seek a 12-week stay of this case due to staffing issues in the Ohio Attorney General's Office. In response, plaintiff has filed a "Motion for Summary Judgment" seeking summary judgment and asking the Court to deny defendants' motion for a stay as moot. (Doc. 19).

It would neither serve the interest of judicial economy nor be fair to plaintiff to stay these proceedings for an extended time period due to staffing decisions made by the Ohio Attorney General and other factors beyond plaintiff and the federal court's control. The Court will therefore deny defendants' motion for a stay. The Court will extend the discovery and dispositive motion deadlines by 60 days to accommodate defendants' need for some additional time.

Accordingly, defendants' motion to stay the proceedings (Doc. 18) is **DENIED**. The Calendar Order (Doc. 15) is **MODIFIED** as follows: The discovery deadline is extended to **December 23, 2016**. The dispositive motion deadline is extended to **January 27, 2017**.

**IT IS SO ORDERED**.

Date: 7/25/16

Karen L. Litkovitz
United States Magistrate Judge